

has not submitted any matters to the Court, and upon consideration of the action of the Supreme Court of Alaska and the United States Court of Appeals for the Fourth Circuit, it is ordered that Stephen G. Merrill, is hereby suspended indefinitely from the practice of law before this Court, effective the date of this Order, with the provision that if he is readmitted to practice law by the Supreme Court of Alaska and the United States Court of Appeals for the Fourth Circuit, he may petition this Court for readmission to the Bar of the Court.

Wednesday, January 8, 2014

No. 14–0012/AF.  U.S. v. Nicholas R. Elespuru.  CCA 38055.  Appellant's motion for judicial estoppel and motion to attach pleading are denied.

No. 14–0254/AR.  U.S. v. Jack A. Mickler.  CCA 20110120.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0261/AR.  U.S. v. Elliot M. Carrasquillo.  CCA 20110719.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*